In The United States District Court
for The Eastern District of Pennsylvania

Rahmik Beckett,
    Petitioner

v.

Kevin Kauffman, et al
    Respondents

No. 19-cv-2525

FILED
DEC 18 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

### Petitioner's Motion For An Extension Of Time

The Petitioner Rahmik Beckett, Pro se-litigant, hereby moves this Court for An Extension of time to file his reply brief to Respondents' response to Petition for A Writ of Habeas Corpus, And in support thereof, states As follows:

1. On June 10, 2019, Petitioner filed the instant Petition for A Writ of Habeas Corpus Relief. (Doc. 1)

2. On or About September 17, 2019, Respondents filed their response to the Aforesaid filings. (Doc. 10).

3. On November 12, 2019, After requesting And being granted An Extension of time, It was ordered that Petitioner may file his Reply brief on or before, December 16, 2019. (Doc. 14).

1.

4. The Petitioner is presently in communication and in the early development stages in retaining private counsel to assist him in the current proceedings. However, talks between the Petitioner and counsel are at a halt, due to counsel's other commitments and obligations.

5. Importantly, Petitioner has been informed that counsel's assistance/representation is available, but not until after the next year has entered, and, therefrom, all other commitments has been resolve.

6. The Petitioner respectfully submits and requests for an extension of time to retain private counsel, and thereafter, file his reply brief to Respondents' Answer to the instant Petition for Habeas Relief, until February 24, 2020, an extension of forty-five (45) business calender working days.

Wherefore, for each of the foregoing reasons, it is requested this Court grant an extension of forty-five (45) business calender working days, and/or until February 24, 2020, to file Petitioner's Reply brief.

Date: 12/16/19

Respectfully Submitted
S/ Rahnib Beckett
Rahnik Beckett # LN-4378
1100 Pike Street
Huntingdon, PA 16654

2.

## Proof of Service

1, Rahmik Beckett, Pro Se-litigant hereby certify that I am on this day serving a true and correct copy of, "Petition for An Extension of Time To Reply", to be served upon the person(s) and in the manner as indicated in the below:

Via - U.S. Mail:

Samuel H. Ritterman, Esq
Assistant District Attorney
3 South Penn Square
Philadelphia, PA 19107

Date: 12/16/19

Respectfully Submitted
S/ Rahmik Beckett
Rahmik Beckett #LN-4378
Pro Se-Litigant

Rahmik Beckett #LN9378
1100 Pike street
Huntingdon, PA 16654

December 16, 2019



To: Honorable Marilyn Heffley
United States Magistrate Judge
James A. Byrne Courthouse
601 Market Street, Room 400
Philadelphia, PA 19106

RE: Beckett v. Kauffman, et Al
No. 19-CV-2525

Dear Judge Heffley:

Enclosed please find A original of my petition for an extension of time to file A reply brief.

Very truly yours

Rahmik Beckett

INMATE MAIL
PA DEPARTMENT
OF CORRECTION

U.S.M.S.
X-RAY

U.S.M.S.
X-RAY

Name: Rahnik Bechett
Number: LN4378
1100 Pike Street
Huntingdon, PA 16654-1112

To: Hon. Marilyn Heffley
United States Magistrate Judg[e]
James A. Byrne Courthouse
601 Market [Street]
[Philadelphia, PA]