# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAHMIK BECKETT** | : CIVIL ACTION |
| v. | : |
| **KEVIN KAUFFMAN**, Superintendent of SCI-Huntingdon, **THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA** and **THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA** | : NO. 19-2525 |

## ORDER

**NOW**, this 14th day of September, 2020, upon consideration of the Petition for Writ of *Habeas Corpus* Under 28 U.S.C. § 2254 (Document No. 2), the response to the Petition, the Report and Recommendation filed by United States Magistrate Judge Marilyn Heffley (Document No. 22), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Marilyn Heffley is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of *Habeas Corpus* is **DISMISSED WITH PREJUDICE**; and

3. There is no probable cause to issue a certificate of appealability.

/s/ TIMOTHY J. SAVAGE J.